413 A.2d 1

Betty L. SEAL, Appellant,

v.

Roger B. SEAL, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 22, 1980.

Decided Feb. 25, 1980.

Harry S. Geller, Legal Services, Inc., David Woodward, Chambersburg, for appellant.

No brief for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.